In the Matter of Proving the Last Will of NELLIE E. URTH, Deceased.

LOCKPORT EXCHANGE TRUST COMPANY et al., Appellants; MARY WELSH et al., Respondents.

(Argued June 8, 1933; decided July 11, 1933.)

*William W. Storrs, George C. Lewis* and *Edward G. Parker* for appellants.

*J. Carl Fogle* and *Merton K. Doty* for respondents.

No opinion.

Concur: CRANE, LEHMAN, KELLOGG and CROUCH, JJ. Not voting: POUND, Ch. J., and O'BRIEN, J.   Not sitting: HUBBS, J.